IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARYL LEON HANSON,** ) | CV F 07-928 AWI SMS |
| ) | |
| **Plaintiff**, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATIONS AND |
| v. ) | DISMISSING ACTION |
| ) | |
| ) | |
| **BOB FRAUSTO,** ) | |
| ) | (Document #7) |
| **Defendant.** ) | |
| _____ ) | |

Plaintiff is proceeding pro se and in forma pauperis. Pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge entered Findings and Recommendations that recommend this action be dismissed for failure to prosecute and to keep the Court advised of Plaintiff's current address under Local Rule 83-183(b). Specifically, a prior order dismissing Plaintiff's claim for failure to state a claim was returned to the Court marked "RETURN TO SENDER - Not at this address" on April 16, 2007. These Findings and Recommendations were served on Plaintiff and contained notice that any objections could be filed within thirty days. Thirty days have now passed and, as of the date of this order, no opposition by Plaintiff has been filed.

In accordance with the provisions of 28 U.S.C. § 636, this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1  and Recommendations are supported by the record and proper analysis.

3       Accordingly, it is HEREBY ORDERED that:
4  1.   The Findings and Recommendations issued by the Magistrate Judge on July 3, 2007 are
5       ADOPTED IN FULL;
6  2.   This action is DISMISSED without prejudice; and
7  3.   The Clerk is directed to close this case as this order terminates the action in its entirety.

10 IT IS SO ORDERED.

11 **Dated:   August 8, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE